**Andrea D. Coit, OSB #002640**
**andrea.coit@harrang.com**
**Jeffery J. Matthews, OSB #973280**
**jeffery.j.matthews@harrang.com**
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:    541.485.0220
Facsimile:    541.686.6564
Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **DANIEL HARRIGAN, by and through his guardians CAROLE HARRIGAN and RANDY HARRIGAN,** | Case No. 6:11-cv-06174-SI |
| Plaintiff, | **DEFENDANTS' LAY WITNESS LIST** |
| vs. | |
| **MARION COUNTY, et al.,** | |
| Defendants. | |

Defendants may call some or all of the following witnesses at trial. Defendants reserve the right to call additional witnesses for impeachment.

1.    Deputy Jason Bernards
       Marion County Sheriff's Office
       100 High Street
       Salem, OR 97301

Testimony – 2 hours.

Page 1 – **DEFENDANTS' LAY WITNESS LIST**

Deputy Bernards will testify about the encounter with plaintiff, his observations of the encounter and his training.

2.      Deputy Jeffrey Stutrud
Marion County Sheriff's Office
100 High Street
Salem, OR 97301

Testimony – 2 hours.

Deputy Stutrud will testify about the encounter with plaintiff, his observations of the encounter and his training.

3.      Deputy Stacy Rejaian
Marion County Sheriff's Office
100 High Street
Salem, OR 97301

Testimony – 2 hours.

Deputy Rejaian will testify about the encounter with plaintiff, his observations of the encounter and his training.

4.      Sergeant Shane Burnham
Marion County Sheriff's Office
100 High Street
Salem, OR 97301

Testimony – 2 hours.

Sergeant Burnham will testify about the encounter with plaintiff, his observations of the encounter, his supervision and his training.

5.      Deputy Cody Lane
Marion County Sheriff's Department
100 High Street
Salem, OR 97301

Testimony – 45 minutes.

Deputy Lane will testify about the encounter with plaintiff, his observations of the encounter and his training.

Page 2 – **DEFENDANTS' LAY WITNESS LIST**

6.       Deputy Jerry Wollenschlaeger
         Marion County Sheriff's Department
         100 High Street
         Salem, OR 97301

Testimony – 45 minutes.

Deputy Wollenschlaeger will testify about the encounter with plaintiff, his observations

of the encounter and his training.


7.       Deputy Kevin Rau
         Marion County Sheriff's Department
         100 High Street
         Salem, OR 97301

Testimony – 1 hour.

Deputy Rau will testify regarding training and Sheriff Department policies.

8.       Rick Krump
         State Operated Care Program House
         House Manager
         1999 74th Avenue, SE
         Salem, OR 97317

Testimony – 45 minutes.

Mr. Krump will testify about his job duties at the MacLeay House, his observations of

and interactions with plaintiff, his communications with law enforcement and other staff

regarding plaintiff on the night of the incident, his observations of the incident and his

observations of plaintiff following the incident.


9.       Jean Peterson
         1999 74th Avenue, SE
         Salem, OR 97317

Testimony – 45 minutes.

Ms. Petersen will testify about her job duties at the MacLeay House, her observations of

and interactions with plaintiff, plaintiff's attack on her the night of the incident, her need for

medical care after the attack, her communications with law enforcement and other staff regarding

Page 3 – **DEFENDANTS' LAY WITNESS LIST**

plaintiff on the night of the incident, her observations of the incident and her observations of plaintiff following the incident.

      10.     Yoko Whitfield
                  1999 74th Avenue, SE
                  Salem, OR 97317

Testimony – 45 minutes.

Ms. Whitfield will testify about her job duties at the MacLeay House, her observations of and interactions with plaintiff, plaintiff's attack on her the night of the incident, her need for medical care after the attack, her communications with law enforcement and other staff regarding plaintiff on the night of the incident, her observations of the incident and her observations of plaintiff following the incident.

      11.     Brenda Hawks
                  1999 74th Avenue, SE
                  Salem, OR 97317

Testimony – 45 minutes.

Ms. Hawks will testify about her job duties at the MacLeay House, her observations of and interactions with plaintiff, her observations of plaintiff's attack on her fellow staff members and their need for medical care after the attack, her communications to the 911 operator, communications with law enforcement and other staff regarding plaintiff on the night of the incident, her observations of the incident and her observations of plaintiff following the incident.

      12.     Steve Holmes
                  1999 74th Avenue SE
                  Salem, OR 97317

Testimony – 1 hour.

Mr. Holmes will testify about his job duties at the MacLeay House, his observations of and interactions with plaintiff, his communications with paramedics and law enforcement and

Page 4 – **DEFENDANTS' LAY WITNESS LIST**

other staff regarding plaintiff on the night of the incident, his observations of the incident and his observations of plaintiff following the incident.

 13.    Damon Frutos – EMT
        Willamette Valley Fire and Rescue
        300 Cordon Rd NE
        Salem OR 97317

Testimony – 15 minutes.

Mr. Fruotos will testify about his response to MacLeay House on September 21, 2010, his communications with the Sheriff's Department and staff regarding medical care for the injured staff members and his observations of the incident.

 14.    Alex Bancroft – EMT
        Willamette Valley Fire and Rescue
        300 Cordon Rd NE
        Salem OR 97317

Testimony - 15 minutes.

Mr. Bancroft will testify about his response to MacLeay House on September 21, 2010, his communications with the Sheriff's Department and staff regarding medical care for the injured staff members and his observations of the incident.

 15.    Scott Seaton – EMT
        Willamette Valley Fire and Rescue
        300 Cordon Rd NE
        Salem OR 97317

Testimony – 30 minutes.

Mr. Seaton will testify about the EMT response to MacLeay House on September 21, 2010, communications with the Sheriff's Department and staff regarding medical care for the injured staff members, and observations of the incident.

/ / / /

/ / / /

Page 5 – **DEFENDANTS' LAY WITNESS LIST**

    16.      Kris Williams – EMT
              Willamette Valley Fire and Rescue
              300 Cordon Rd NE
              Salem OR 97317

Testimony – 30 minutes.

Kris will testify about EMT response to MacLeay House on September 21, 2010, communications with the Sheriff's Department and staff regarding medical care for the injured staff members, and observations of the incident.

    17.      Marion County Sheriff Jason Meyers
              Marion County Sheriff's Department
              100 High Street
              Salem, OR 97301

Testimony – 45 minutes.

Sheriff Meyers will testify about department policies, procedures and training.  He will also testify about his personal involvement in matters related to the incident at issue in this case, including any formal review of the incident.

    18.      Marion County Under Sheriff Troy Clausen
              Marion County Sheriff's Department
              100 High Street
              Salem, OR 97301

Testimony – 45 minutes.

Under Sheriff Clausen will testify about department policies, procedures and training.  He

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

will also testify about his personal involvement in matters related to the incident at issue in this

case, including any formal review of the incident.

DATED this 28th day of August, 2013.

HARRANG LONG GARY RUDNICK P.C.


By:    s/ Andrea D. Coit
        Andrea D. Coit, OSB #002640
        andrea.coit@harrang.com
        Jeffery J. Matthews, OSB #973280
        jeffery.j.matthews@harrang.com
        Telephone:    541.485.0220
        Facsimile:    541.686.6564
        Of Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on August 28, 2013, I served or caused to be served a true and complete copy of the foregoing **DEFENDANTS' LAY WITNESS LIST** on the party or parties listed below as follows:

☑    Via CM / ECF Filing

☐    Via First Class Mail, Postage Prepaid

☐    Via Email

☐    Via Personal Delivery

Jessica Ashlee Albies
Beth Ann Creighton
Michael E. Rose
Creighton & Rose, P.C.
815 SW Second Avenue, Suite 500
Portland, OR 97204
  Attorneys for Plaintiff

HARRANG LONG GARY RUDNICK P.C.

By:  s/ Andrea D. Coit
    Andrea D. Coit, OSB #002640
    andrea.coit@harrang.com
    Jeffery J. Matthews, OSB #973280
    jeffery.j.matthews@harrang.com
    Telephone:   541.485.0220
    Facsimile:    541.686.6564
    Of Attorneys for Defendants

00517842.1

**CERTIFICATE OF SERVICE**