IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DANIEL HARRIGAN**, by and through his guardians **CAROLE HARRIGAN** and **RANDY HARRIGAN**,<br><br>    Plaintiff,<br><br>    v.<br><br>**MARION COUNTY**, *et al.*,<br><br>    Defendants. | Case No. 6:11-cv-06174-SI<br><br>**JUDGMENT** |

**Michael H. Simon, District Judge.**

This action was tried by a jury with Judge Michael H. Simon presiding, and the jury has rendered a verdict.

It is ordered that Plaintiff, Daniel Harrigan, by and through his guardians Carole Harrigan and Randy Harrigan, recover nothing, the action be dismissed on the merits, and Defendants Marion County, Jason Bernards, Stacy Rejaian (formerly Stacy Lucca), Jeffrey Stutrud, and T. Shane Burnham recover their costs from Plaintiff, Daniel Harrigan.

**IT IS SO ORDERED**.

DATED this 18th day of October, 2013.

Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT